IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**RECEIVED**
OCT 19 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:16-cr-70 |
| v. | ) | |
| | ) | **INDICTMENT** |
| AMERICA YEGILE HAILESELASSIE, | ) | T. 18 U.S.C. § 875(c) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Interstate Communication of Threat)**

On or about November 4, 2015, in the Southern District of Iowa, the defendant, AMERICA YEGILE HAILESELASSIE, did knowingly and willfully transmit in interstate commerce, by means of Google Mail via the Internet, a communication to a printer at Scott Community College that contained a threat to injure students and employees, specifically, "There is a bomb at Scott Community College. It will explode at noon today."

This is a violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL.**

/s/
FOREPERSON

Kevin E. VanderSchel
United States Attorney

By: /s/
Richard D. Westphal
Assistant United States Attorney

1